

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Walker Carson
County Attorney
Hudspeth County
Sierra Blanca, Texas

Dear Sir:                            Opinion No. 0-3940
                                     Re:  County Surveyors - qualifica-
                                          tions - license not required.

Your request for opinion upon the following stated
question:

"Can Commissioners' Court legally appoint
to the office of County Surveyor a person who
is not licensed surveyor but has had twenty
years experience and holds associate construc-
tion engineer rating with civil service Article
5299 Revised Civil Statutes?"

has been received and carefully considered by this department.

Section 44, of Article 16 of our State Constitution
provides:

"Sec. 44.  The Legislature shall prescribe
the duties and provide for the election by the
qualified voters of each county in this State,
of a county treasurer and a county surveyor,
who shall have an office at the county seat,
and hold their office for two years, and until
their successors are qualified; and shall have
such compensation as may be provided by law."

It will be noted that the above quoted section of
the Constitution does not require a license or any other par-
ticular qualifications for a County Surveyor.

Senate Bill 351 of the 47th Legislature of Texas
is a comprehensive amendment to Articles 5268 - 5282, inclu-

Honorable Walker Carson, Page 2

sive, dealing with "Licensed Land Surveyors". We quote from opinion No. 0-3719 of this department which construes said Senate Bill, as follows:

"Senate Bill 351 does not operate to make unlawful the practice of Surveying by those who have not obtained a license. It, and the statute it amends, simply deny to those not having a license the particular privileges granted by the act to licensed land surveyors."

We enclose herewith a copy of said opinion for your information.

Articles 5283 - 5298, inclusive, Section 2 of Chapter 2, Title 86, Vernon's Annotated Texas Civil Statutes, deal with County Surveyors. These statutes provide for the election, duties, etc. of the County Surveyor but do not prescribe any particular qualifications for County Surveyors. Nor do the statutes prescribe that the County Surveyors must be licensed or must be licensed land surveyors.

Article 5299, Vernon's Annotated Texas Civil Statutes, provides:

"All surveys of public land shall be made by authority of law and by a surveyor duly appointed, elected or licensed, and qualified."

We assume from your letter that there is a vacancy in the office of County Surveyor and the Commissioners' Court desires to fill that vacancy by appointment.

It is our opinion that a County Surveyor is not required to be licensed nor is he required to be a licensed land surveyor.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

APPROVED SEP 15, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

WJF:GO

ENCLOSURE

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN